**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID OSORIO,<br><br>      Plaintiff(s),<br><br>  v.<br><br>EUCALYPTUS SB PARTNERS, LLC, et al.,<br><br>      Defendant(s). | CASE NO. CV11-05331-AHM (FMOx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: February 3, 2012

                                                A. Howard Matz<br>
                                                United States District Court Judge

**JS-6**