1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID OSORIO, | ) | CASE NO. CV11-05331-AHM (FMOx) |
| Plaintiff(s), | ) ) ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) ) | |
| EUCALYPTUS SB PARTNERS, LLC, et al., | ) ) ) | |
| Defendant(s). | ) ) ) ) | |

        The Court having been advised by the parties that the above-entitled action has been settled;

        IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.


        IT IS SO ORDERED.

Date: February 3, 2012

_____
A. Howard Matz
United States District Court Judge

**JS-6**